**DOCKETED**

**SEP 2 3 2004**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

04C 6163

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
                          )    Civil Action No.
              **Plaintiff,** )
                          )    JUDGE RONALD GUZMAN
v.                      )
                          )    **COMPLAINT** MAGISTRATE JUDGE KEYS
COMPASS INTERNATIONAL, INC. )
                          )    **JURY TRIAL DEMANDED**
             **Defendant.** )

### NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §

2000e et seq. ("Title VII"), and Title I of the Civil Rights Act of 1991 to correct unlawful

employment practices on the basis of race and national origin and to provide appropriate relief to

Richard Torres ("Torres") and a class of employees who were adversely affected by the unlawful

practices. Plaintiff, Equal Employment Opportunity Commission ("EEOC"), alleges that

Defendant Compass International, Inc. ("Compass") denied Torres and a class of employees an

environment free of national origin and race discrimination and subjected them to a hostile work

environment.

### JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337,

1343, and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of

Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3), and § 102 of the Civil Rights Act of 1991, 42

U.S.C. § 1981A.

1—1

2

2.    The employment practices hereafter alleged to be unlawful were and are now

being committed within the jurisdiction of the United States District Court for the Northern

District of Illinois, Eastern Division.


## PARTIES

3.    Plaintiff, the Equal Employment Opportunity Commission, is an agency of the

United States of America charged with the administration, interpretation, and enforcement of

Title VII and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII,

42 U.S.C. Section 2000e-5(f)(1) and (3).

4.    At all times relevant, Defendant, Compass International, Inc., a California

corporation, has continuously been doing business in the Northern District of Illinois and has

continuously had at least fifteen employees.

5.    At all times relevant, Compass International, Inc., has continuously been an

employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g)

and (h) of Title VII, 42 U.S.C. Sections 2000e(b), (g) and (h).


## STATEMENT OF CLAIMS

6.    More than 30 days prior to the institution of this lawsuit, Richard Torres filed a

charge of discrimination with the EEOC, alleging violations of Title VII by the Defendant.  All

conditions precedent to the institution of this lawsuit have been fulfilled.

3

7.     Since at least 1989, Defendant has engaged in unlawful employment practices, in violation of Sections 703(a) of Title VII, 42 U.S.C. Sections 2000e(j) and 2(a). Such unlawful employment practices have included, but are not limited to, denying Torres and a class of employees an environment free of national origin and race discrimination and subjecting them to a hostile work environment.

8.     The effect of the practices complained of above has been to deprive Torres and a class of others adversely affected by the hostile work environment of equal employment opportunities and otherwise adversely affect their status as employees.

9.     The unlawful employment practices complained of in paragraphs 7 and 8 above were and are intentional.

10.     The unlawful employment practices complained of in paragraphs 7 and 8 above were and are done with malice or with reckless indifference to the federally protected rights of Torres and a class of employees.

## **PRAYER FOR RELIEF**

WHEREFORE, the Commission respectfully requests that this Court:

A.     Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in any employment practice which denies employees an environment free of national origin and race discrimination and subjects them to a hostile work environment.

B.     Order Defendant to institute and carry out policies, practices and programs which eradicate the effects of its past and present unlawful practices.

4

C.   Order Defendant to make whole Torres and the affected class by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D.   Order Defendant to make whole Torres and the affected class by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 7 and 8 above, including medical expenses, in amounts to be determined at trial.

E.   Order Defendant to make whole Torres and the affected class by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraphs 7 and 8 above, including emotional pain, inconvenience, and humiliation, in amounts to be determined at trial.

F.   Order Defendant to pay Torres and the affected class punitive damages for its malicious and reckless conduct described in paragraphs 7 and 8 above, in amounts to be determined at trial.

G.   Grant such further relief as the Court deems necessary and proper in the public interest; and

H.   Award the Commission its costs in this action.

5

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

Eric S. Dreiband
General Counsel

James Lee
Deputy General Counsel

Gwendolyn Young Reams
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION
1801 "L" Street, N.W.
Washington, D.C. 20507

John C. Hendrickson
Regional Attorney

Diane I. Smason
Supervisory Trial Attorney

Pamela S. Moore-Gibbs
Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION
Chicago District Office
500 West Madison Street
Suite 2800
Chicago, Illinois 60661
(312) 886-9120

**DOCKETED**

**SEP 2 3 2004**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet  04C  6167

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

JUDGE RONALD GUZMAN

| | |
|---|---|
| **Plaintiff(s): U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** | **Defendant(s):COMPASS INTERNATIONAL, INC.** |
| County of Residence: | County of Residence: Cook County |
| Plaintiff's Atty:  Pamela S. Moore-Gibbs<br>Equal Employment Opportunity Commission<br>500 W. Madison St., Suite 2800<br>Chicago, Illinois 60661<br>(312) 886-9120 | Defendant's Atty:<br><br>**MAGISTRATE JUDGE KEYS** |

**II. Basis of Jurisdiction:**     **1. U.S. Gov't Plaintiff**

**III. Citizenship of Principal Parties** (Diversity Cases Only)
        Plaintiff:- **N/A**
        Defendant:- **N/A**

U.S. DISTRICT COURT CLERK FILED FOR DOCKETING FD-7 04 SEP 22 PM 1:33

**IV. Origin :**     **1. Original Proceeding**

**V. Nature of Suit:**     **442 Employment**

**VI.Cause of Action:**     **Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e et seq. ("Title VII"), and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of race and national origin.**

**VII. Requested in Complaint**
        Class Action:
        Dollar Demand:
        Jury Demand: **Yes**

**VIII.** This case **IS NOT** a refiling of a previously dismissed case.

**Signature:** _Pamela Moore-Gibbs_

**Date:** _9/22/2004_

1-2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

In the Matter of

U.S. Equal Employment Opportunity Commission,
v.                                    Plaintiff,
Compass International, Inc.,
                            Defendant.

**04C 6167**

JUDGE RONALD GUZMAN    Case Number:

**DOCKETED**

SEP 2 3 2004

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

U.S. Equal Employment Opportunity Commission, Plaintiff

MAGISTRATE JUDGE KEYS

| (A) | | | (B) | | |
|---|---|---|---|---|---|
| SIGNATURE *Pamela S. Moore-Gibbs* | | | SIGNATURE *Diane I. Smason* | | |
| NAME Pamela S. Moore-Gibbs | | | NAME Diane I. Smason | | |
| FIRM Equal Employment Opportunity Commission | | | FIRM Equal Employment Opportunity Commission | | |
| STREET ADDRESS 500 W. Madison St., Suite 2800 | | | STREET ADDRESS 500 W. Madison St., Suite 2800 | | |
| CITY/STATE/ZIP Chicago, IL 60661 | | | CITY/STATE/ZIP Chicago, IL 60661 | | |
| TELEPHONE NUMBER (312) 886-9120 | FAX NUMBER (312) 353-8555 | | TELEPHONE NUMBER (312) 353-7526 | FAX NUMBER (312) 353-8555 | |
| E-MAIL ADDRESS | | | E-MAIL ADDRESS | | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) ARDC No. 06197710 | | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) ARDC No. 06226130 | | |
| MEMBER OF TRIAL BAR? | YES ☐ | NO ☑ | MEMBER OF TRIAL BAR? | YES ☐ | NO ☑ |
| TRIAL ATTORNEY? | YES ☑ | NO ☐ | TRIAL ATTORNEY? | YES ☑ | NO ☐ |
| | | | DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO ☐ |
| (C) | | | (D) | | |
| SIGNATURE | | | SIGNATURE | | |
| NAME John C. Hendrickson | | | NAME | | |
| FIRM Equal Employment Opportunity Commission | | | FIRM | | |
| STREET ADDRESS 500 W. Madison St., Suite 2800 | | | STREET ADDRESS | | |
| CITY/STATE/ZIP Chicago, IL 60661 | | | CITY/STATE/ZIP | | |
| TELEPHONE NUMBER (312) 353-8551 | FAX NUMBER (312) 353-8555 | | TELEPHONE NUMBER | FAX NUMBER | |
| E-MAIL ADDRESS | | | E-MAIL ADDRESS | | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) ARDC No. 01187589 | | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | |
| MEMBER OF TRIAL BAR? | YES ☑ | NO ☐ | MEMBER OF TRIAL BAR? | YES ☐ | NO ☐ |
| TRIAL ATTORNEY? | YES ☑ | NO ☐ | TRIAL ATTORNEY? | YES ☐ | NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO ☐ | DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO ☐ |

1-3